GILLESPIE, APPELLEE, *v.* ADMINISTRATOR,
OHIO BUREAU OF EMPLOYMENT SERVICES, APPELLANT.

[Cite as Gillespie *v.* Ohio Bur. of Emp. Serv. (1987), 30 Ohio St. 3d 107.]

(No. 86-2080—Decided May 13, 1987.)

*Denmead, Blackburn & Willard* and *Thomas I. Blackburn,* for appellee.

*Anthony J. Celebrezze, Jr.,* attorney general, and *Patrick A. Devine,* for appellant.

The judgment in this cause, having been certified by the court of appeals in case No. 86AP-223 as being in conflict with cases from the Fourth, Fifth, Eighth and Ninth Appellate Districts, is hereby affirmed on authority of *Bowman* v. *Ohio Bur. of Emp. Serv.* (1987), 30 Ohio St. 3d 87, 30 OBR 234, 507 N.E. 2d 342.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.